**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1469**

_____

JONATHAN HALL,

        Plaintiff - Appellant,

        v.

ARLINGTON COUNTY, VIRGINIA; ARLINGTON COUNTY POLICE DEPARTMENT; ANDREW MORGAN IVIE, Arlington Police Officer (#1226); ERIC C. LADYGA, Arlington Police Officer (#1398); MATTHEW YONKERS, Arlington Police Officer; ROBERT E. DESO, Arlington Police Officer; ALBERT TABER, CPL., Arlington Police Officer; DARREL TABER, Arlington Police Officer; JOHN DOE, Additional Unknown Arlington County Police Officers/Staff; JANE DOE, Additional Unknown Arlington County Police Officers/Staff,

        Defendants – Appellees,

        and

SARAH JANE ELPERN, Ph.D.,

        Party-in-Interest.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:13-cv-00656-AJT-TRJ)

_____

Submitted: October 21, 2014       Decided: October 23, 2014

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

––––––––––

Jonathan Hall, Appellant Pro Se.   Ara Loris Tramblian, COUNTY ATTORNEY'S OFFICE, Arlington, Virginia, for Appellees.

––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Hall appeals the district court's orders adopting the magistrate judge's recommendation and dismissing with prejudice his civil action pursuant to Fed. R. Civ. P. 37(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hall v. Arlington Cnty., VA, No. 1:13-cv-00656-AJT-TRJ (E.D. Va. filed Apr. 8, 2014, entered Apr. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3